UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



_____

VALENTINO DIXON,

     Petitioner,        No. 05-CV-208(RJA)(VEB)

    --vs--          **NOTICE OF APPEAL**

JAMES T. CONWAY, Superintendent of Attica
Correctional Facility,

     Respondent.

_____


   Notice is hereby given that the petitioner in the above named case,

VALENTINO DIXON, hereby appeals to the United States Court of Appeals for the

Second Circuit from the final judgment in this action, filed on May 6, 2009, and from an

order of Judge Richard J. Arcara, filed on May 5, 2009, which adopted the Report and

Recommendation of Magistrate Judge Victor E. Bianchini and denied the petition.

   The appeal is from the final judgment and the aforesaid order and from each

and every part thereof.

Dated:   Buffalo, New York
      May 29, 2009

             JAMES OSTROWSKI
             Attorney for Petitioner
             63 Newport Ave.
             Buffalo, New York  14216
             (716) 435-8918
             jameso@apollo3.com