**FILED**



FEB 2 2010

CLERK, US DISTRICT COURT, WDNY

# MANDATE

W.D.N.Y.
05-cv-208
Arcara, C.J.
Bianchini, M.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of January, two thousand ten,

Present:

Wilfred Feinberg,
Robert A. Katzmann,
    *Circuit Judges,*
T. S. Ellis, III,[*]
    *District Judge.*



JAN 0 6 2010

---

Valentino Dixon,

                    *Petitioner-Appellant,*

        v.                                             09-2320-pr

James T. Conway,

                    *Respondent-Appellee.*

---

Appellant, through counsel, moves for a certificate of appealability. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because Appellant has not shown that "jurists of reason would find it debatable whether the district court was correct in its procedural ruling," *Slack v. McDaniel,* 529 U.S. 473, 478 (2000), as to the untimeliness of the Appellant's petition filed pursuant to 28 U.S.C. § 2254.

                    FOR THE COURT:
                    Catherine O'Hagan Wolfe, Clerk

                    By: _____

---

[*]Thomas Selby Ellis, III, Senior Judge of the United States District Court for the Eastern District of Virginia, sitting by designation.

ISSUED AS MANDATE: 1/6/10

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK